The People of the State of New York ex rel. Richard S. Steves, Appellant, v. John E. Kraft and Others, Constituting the Civil Service Commission of the State of New York, Respondents.— Final order reversed, with costs, and motion for mandamus granted, with fifty dollars costs and disbursements, upon the ground that the decision of the Commission in trans-

ferring the position from the competitive to the exempt class is palpably erroneous and illegal. All concurred, except Betts, J., dissenting.